# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Tyler Gischel**, | ) Case No. 1:17-cv-00475 |
| Plaintiff, | ) Judge Susan J. Dlott |
| vs. | ) **JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER AND SCHEDULING CONFERENCE** |
| **University of Cincinnati, *et al.*,** | |
| Defendants. | |

The parties hereby jointly move to modify the Court's scheduling order, entered on March 8, 2018. The parties have conducted written discovery and have produced a substantial number of documents. However, the parties are also working through several additional discovery issues and need additional time to accomplish discovery in this matter. Specifically, Plaintiff has requested a substantial number of documents relating to past Title IX claims and investigations at the University of Cincinnati ("UC"). The parties recognize that the documentation requested is not only voluminous, but includes documents that, if produced, will require UC to send out a significant number of notifications to students under the Family Educational Rights and Privacy Acts (20 U.S.C. § 1232g; 34 CFR Part 99). The parties are continuing to cooperate in an effort to both provide Plaintiff the relevant and responsive information requested, and to minimize to the degree possible the burden on UC of producing the information.

Therefore, the Parties request a scheduling conference to address the discovery issues and determine a new schedule. Until such time as a new schedule is entered, the parties request a stay of the pending deadlines in the case.

Respectfully submitted,

| | |
|---|---|
| /s/ Eric K. Combs | /s/ Eric J. Rosenberg |
| Erick K. Combs | Eric J. Rosenberg |
| Andrew B. Cassady | Tracy L. Turner |
| DINSMORE & SHOHL LLP | ROSENBERG & BALL CO., LPA |
| 255 East Fifth Street, Suite 1900 | 395 N. Pearl Street |
| Cincinnati, Ohio 45202 | Granville, Ohio 43023 |
| eric.combs@dinsmore.com | eric.rblaw@gmail.com |
| andrew.cassady@dinsmore.com | tracy.rblaw@gmail.com |
| **Counsel for Defendants** | **Counsel for Plaintiff** |