

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tyler Gischel,
    Plaintiff

                                Case No. 1:17cv475

v.

University of Cincinnati, et al.,       Judge Susan J. Dlott
    Defendants.                           Mag. Judge Stephanie K. Bowman

## ORDER

This matter came before the Court pursuant to a follow up telephone conference to discuss outstanding discovery issues. After discussion of the current status of negotiation as to the outstanding issues, the Court orders as follows:

1. Defendants are to produce all communications (including electronic communications and cover letters) between the University of Cincinnati and the Office of Civil Rights, except for the Title 9 forms which shall be produced in an agreed upon redacted form. Should the parties not be able to come to an agreement on the redactions, they should contact the undersigned.

2. Defendants shall provide interrogatory responses relating to NCHERM with related documents on or before May 17, 2019.

3. Defendants to provide all files (including audio recordings) relating to the complaints alleging student to student physical contact allegations brought to the attention of the Title IX office that were "touched by" Jyl Shaffer, William Richey and/or the adjudicators from the first ORC complaint received forward. If the production from the first ORC complaint received creates an unexpected burden (since neither counsel could recall on the phone when

that first ORC complaint was received) the parties may contact the undersigned to further discuss. These files should be produced as soon as possible.

4. Defendants to produce privilege log and certain revised discovery responses for Jyl Shafter and William Richey by June 1, 2019.

IT IS SO ORDERED.

Dated: 5/15/19

Stephanie K. Bowman
United States Magistrate Judge