UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tyler Gischel,
    Plaintiff

    v.

University of Cincinnati, et al.,
    Defendants.

Case No. 1:17cv475

Judge Susan J. Dlott
Mag. Judge Stephanie K. Bowman

ORDER

This matter came before the Court today pursuant to a follow up telephone conference to discuss outstanding discovery issues relating to Defendants' failure to timely comply with the Court's prior Order of May 15, 2019 (Doc. 41). After much discussion, the Court orders as follows:

1. Defendants shall produce all documents that were previously ordered to be produced by November 25, 2019. This deadline will not be extended by the Court. All Title IX documents must be unredacted or be redacted with searchable gender designations with initials as discussed during the conference.

2. Defendants to contact Plaintiff by October 25, 2019 to meet and confer as to any documents that have already been produced by Defendants pursuant to the Court's May 15, 2019 order but does not meet with Plaintiff's understanding of what would be produced.

3. The parties are to inform the Court by November 1, 2019 whether they request a referral to Magistrate Judge Litkovitz for mediation or whether they

would like to schedule a mediation on the docket of the undersigned on the dates provided during the conference.

4.  A separate calendar order will follow.

IT IS SO ORDERED.

Dated: _10/22/19_

Stephanie K. Bowman
United States Magistrate Judge