# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

TYLER GISCHEL,

    Plaintiff,

v.

UNIVERSITY OF CINCINNATI, et al.,

    Defendants.

Case No. 1:17-cv-00475

Dlott, J.; Bowman, M.J.

## CALENDAR ORDER

This case shall proceed as follows:

1. Discovery deadline: **August 28, 2020**

    Deadline for Plaintiff to identify experts and provide reports: **October 30, 2020**

    Deadline for Defendant to identify experts and provide reports: **December 15, 2020**

2. Dispositive motion deadline: **October 1, 2020**

    The Final Pretrial Conference and trial dates will be scheduled by Judge Dlott.

    s/Stephanie K. Bowman
    Stephanie K. Bowman
    United States Magistrate Judge