**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**


TYLER GISCHEL,                         Case Number: 1:17-cv-00475

      Plaintiff,                    Dlott, J.; Bowman, M.J.

    v.

UNIVERSITY OF CINCINNATI, et al.,            **ORDER**

      Defendants.

      Pursuant to S. D. Ohio Civ. R. 16.3(a)(1) and the Court's Supplemental Procedures for Alternate Dispute Resolution, this matter is hereby REFERRED to the docket of Magistrate Judge Karen L. Litkovitz for purposes of conducting a settlement conference. The parties shall contact Magistrate Judge Litkovitz's chambers at (513) 564-7690 to arrange a future date for the settlement conference to be held.

      **SO ORDERED**.


      s/Stephanie K. Bowman
      Stephanie K. Bowman
      United States Magistrate Judge