# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Tyler Gischel, | : |
| | : |
| Plaintiff, | : Case No. 1:17 CV 475 |
| | : |
| v. | : Judge Matthew W. McFarland |
| | : |
| University of Cincinnati, *et al.*, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), now stipulate to a dismissal, with prejudice of all claims, with costs and attorneys' fees being taxed against no party.

Respectfully submitted,

/s/ Tracy L. Turner
Tracy L. Turner, Of Counsel (0069927)
Eric J. Rosenberg (0069958)
Rosenberg & Ball Co., LPA
205 South Prospect Street
Granville, Ohio  43023
Telephone:  (740) 644-1027
Facsimile:  (866) 498-0811
tturner@rosenbergball.com

*Counsel for Plaintiff*

/s/ *Eric K. Combs*
Eric K. Combs (0067201)
Andrew B. Cassady (0092413)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH  45202
Phone:  513-977-8200
Fax:  513-977-8141
eric.combs@dinsmore.com
andrew.cassady@dinsmore.com

*Counsel for Defendants*